# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE M. KAY, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendant. | Case No.: 19cv209-MMA (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION TO AUGMENT THE ADMINISTRATIVE RECORD AND TO DETERMINE SCOPE OF REVIEW** <br><br> [Doc. No. 18] |

On January 15, 2020, the parties filed a joint motion to extend time for Plaintiff Anne M. Kay ("Plaintiff") to file her motion to augment the Administrative Record and to determine the scope of *de novo* review in this Employee Retirement and Income Security Act of 1974 ("ERISA") action. *See* Doc. No. 18. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Plaintiff must file her motion to augment the Administrative Record and to determine the scope of *de novo* review on or before **January 27, 2020**.

**IT IS SO ORDERED.**

Dated: January 16, 2020

HON. MICHAEL M. ANELLO
United States District Judge