# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE M. KAY, individually,<br><br>                              Plaintiff,<br>v.<br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Corporation,<br><br>                              Defendant. | Case No.: 3:19-cv-00209-MMA-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**<br><br>[Doc. No. 29] |

The parties have submitted a joint motion for a brief continuance of the deadline to submit a proposed merits briefing schedule. Doc. No. 29. Having reviewed the matter and finding good cause therefor, the Court **GRANTS** the joint motion in accordance with the terms set forth therein. Specifically, if the parties choose to participate in a mediation, then they must so inform the Court by **August 3, 2020**. The parties must inform the Court **within seven (7) days** after the conclusion of the mediation whether or not the case settled. If the case does not settle at the mediation, then the parties shall submit a joint proposed merits briefing schedule to the Court **within seven (7) days** after conclusion of the mediation. If the parties choose not to participate in a mediation, then they shall submit a proposed merits briefing schedule by **August 3, 2020**.

**IT IS SO ORDERED.**

Dated: July 22, 2020

HON. MICHAEL M. ANELLO
United States District Judge