UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE M. KAY,<br><br>                          Plaintiff,<br>v.<br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                          Defendant. | Case No.: 19-cv-00209-MMA (AHG)<br><br>**ORDER SETTING BENCH TRIAL DATE AND BRIEFING SCHEDULE**<br><br>[Doc. No. 35] |

On July 10, 2019, Magistrate Judge Major issued a scheduling order providing, inter alia, that the Court will set a merits briefing schedule after ruling on Plaintiff's motion to augment the administrative record. *See* Doc. No. 15. The Court ultimately denied Plaintiff's motion. *See* Doc. No. 26. The Court then directed the parties to meet and confer and submit a merits briefing schedule. *See* Doc. No. 27. Instead, the parties requested, and the Court granted, a continuance so they could participate in mediation. *See* Doc. No. 30.

According to the parties' joint status report, the mediation did not result in a settlement. They now jointly propose a merits briefing schedule and bench trial date. Having reviewed the joint status report and proposed schedule, the Court **ORDERS** as follows. The parties are to file opening briefs on or before **December 18, 2020**.

Proposed findings of fact and conclusions of law must be filed on or before **January 19, 2021**.  And response briefs must be filed on or before **January 29, 2021**.  The Court will then hold a bench trial on **Tuesday, February 16, 2021 at 9:00 A.M.** in Courtroom 3D.

**IT IS SO ORDERED.**

Dated:  October 15, 2020

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge